**No. P68/379.**—Abraham & Straus, a Division of Federated Department Stores, Inc. *v.* United States, protest 66/43465 (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of batteries, classified as entireties with flashlights, similar in all material respects to those the subject of *Torch Mfg. Co., Inc.* v. *United States* (57 Cust. Ct. 521, C.D. 2863), wherein said batteries were held to be separately dutiable, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 3, 1968

**No. P68/380.**—Ruth A. Kunstler Executrix for the Estate of Adolph Kunstler *v.* United States, protest 66/76292 (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of certain diamond gemstones, cut and polished in the United States, exported without benefit of drawback, and returned without having been advanced in value or improved in condition, and that the applicable customs regulations have been complied with, the claim of the plaintiff was sustained. *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296).

BEFORE THE FIRST DIVISION, SEPTEMBER 5, 1968

**No. P68/381.**—The Bendix Corporation *v.* United States, protest 64/16607 (Cleveland).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of scientific instruments similar in all material respects to those the subject of *The Bendix Corporation* v. *United States* (57 Cust. Ct. 184, C.D. 2759), the claim of the plaintiff was sustained.